| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __7__ |

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Mel Service Inc.** |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | **26-4313789** |
|---|---|---|

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **31 Brandon Road**<br>**Yonkers, NY 10704** | **c/o Rich Michaelson Magaliff, LLP**<br>**Attn: Howard Magaliff**<br>**335 Madison Avenue**<br>**New York, NY 10017** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Westchester** | **Location of principal assets, if different from principal place of business** |
| | | County | **540 Concord Avenue Bronx, NY 10455** |
| | | | Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
|---|---|---|

| Debtor | Mel Service Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

Debtor    **Mel Service Inc.**                                      Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **Alejandro & Rosa Quito** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Southern District of New York** | When **5/18/21** | Case number, if known **21-22288** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

☐ What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor    **Mel Service Inc.**                                          Case number (*if known*)
          Name

**16.    Estimated liabilities**

☐ $0 - $50,000                    ■ $1,000,001 - $10 million           ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000             ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million        ☐ More than $50 billion

| Debtor | **Mel Service Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 14, 2021**
MM / DD / YYYY

**X /s/ Howard P. Magaliff**              **Howard P. Magaliff**
Signature of authorized representative of debtor       Printed name

Title    **Chapter 7 Trustee of Alejandro Quito, President**

---

**18. Signature of attorney**

**X /s/ Howard P. Magaliff**              Date **December 14, 2021**
Signature of attorney for debtor             MM / DD / YYYY

**Howard P. Magaliff**
Printed name

**Rich Michaelson Magaliff, LLP**
Firm name

**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

Contact phone    **646.453.7851**    Email address    **hmagaliff@r3mlaw.com**

**2079903 NY**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mel Service Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __December 14, 2021__      X /s/ Howard P. Magaliff
                                       Signature of individual signing on behalf of debtor

                                       **Howard P. Magaliff**
                                       Printed name

                                       **Chapter 7 Trustee of Alejandro Quito, President**
                                       Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     **Mel Service Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.............................................................................    $     **7,000,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $     **19,846.23**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................    $     **7,019,846.23**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **3,887,234.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$     **44,837.51**

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b                                                                                            $     **3,932,071.51**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Mel Service Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **JP Morgan Chase Bank NA** | **Business Checking** | 5892 | $19,846.23 |
| 3.2. | **JP Morgan Chase Bank NA Savings Account** | | 7758 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$19,846.23

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Mel Service Inc.**                                      Case number *(If known)* _____
          Name

11a. 90 days old or less: _____**0.00**  -  _____**0.00**  = ....  _____**Unknown**
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   _____**0.00**  -  _____**0.00**  = ....  _____**Unknown**
                          face amount        doubtful or uncollectible accounts

12.   **Total of Part 3.**                                         | **$0.00** |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, | | | | |

Debtor    **Mel Service Inc.**                                    Case number *(If known)*
          <u>Name</u>

| acreage, factory, warehouse, apartment or office building, if available. | | | | |
|---|---|---|---|---|
| 55.1. | **536/540 Concord Avenue a/k/a 750/762 East 149th Street a/k/a 540 Concord Avenue Bronx, New York (Block: 2580 / Lot: 18)** | Fee simple | Unknown | $7,000,000.00 |

56.    **Total of Part 9.**                                           $7,000,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Mel Service Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

---

<span style="background:black;color:white">Part 12:</span>   **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $19,846.23 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9...................................................................>* | | $7,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $19,846.23 + 91b. | $7,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,019,846.23 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Mel Service Inc.** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1 | 540 Concord Lender LLC**
Creditor's Name

**c/o Wachtel Missry LLP
885 Second Avenue, 47th Floor
New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**11/2019**
**Last 4 digits of account number**
**1049**
**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. 540 Concord Lender LLC
2. Dept of Housing Preservation &
3. Dept of Housing Preservation &
4. Advantage Plumbing & Mechanica
5. NYC Bureau of Highway Operatio
6. The City of New York**

**Describe debtor's property that is subject to a lien**
**536/540 Concord Avenue
a/k/a 750/762 East 149th Street
a/k/a 540 Concord Avenue
Bronx, New York
(Block: 2580 / Lot: 18)**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,877,669.00**    **$7,000,000.00**

**2.2 | Advantage Plumbing & Mechanica**
Creditor's Name

**261 West 126th Street
New York, NY 10027**

**Describe debtor's property that is subject to a lien**
**536/540 Concord Avenue
a/k/a 750/762 East 149th Street
a/k/a 540 Concord Avenue
Bronx, New York
(Block: 2580 / Lot: 18)**

**$7,815.00**    **$7,000,000.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Mel Service Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Judgment** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6501** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.3 | **Dept of Housing Preservation &** | **Describe debtor's property that is subject to a lien** | **$1,000.00** | **$7,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **536/540 Concord Avenue**<br>**a/k/a 750/762 East 149th Street**<br>**a/k/a 540 Concord Avenue**<br>**Bronx, New York**<br>**(Block: 2580 / Lot: 18)** | | |
| | **Development of the City of NY**<br>**100 Gold Street, 6th Floor**<br>**New York, NY 10038** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Judgment** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2012** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **9291** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | **Specified on line 2.1** | | | |

---

| 2.4 | **Dept of Housing Preservation &** | **Describe debtor's property that is subject to a lien** | **$750.00** | **$7,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **536/540 Concord Avenue**<br>**a/k/a 750/762 East 149th Street**<br>**a/k/a 540 Concord Avenue**<br>**Bronx, New York**<br>**(Block: 2580 / Lot: 18)** | | |
| | **Development of the City of NY**<br>**100 Gold Street, 6th Floor**<br>**New York, NY 10038** | | | |
| | Creditor's mailing address | **Describe the lien**<br>**Judgment** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | Mel Service Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2271**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **NYC Bureau of Highway Operatio** | Describe debtor's property that is subject to a lien | **Unknown** | **$7,000,000.00** |
|---|---|---|---|---|

Creditor's Name

536/540 Concord Avenue
a/k/a 750/762 East 149th Street
a/k/a 540 Concord Avenue
Bronx, New York
(Block: 2580 / Lot: 18)

40 Worth Street
New York, NY 10013

Creditor's mailing address

Describe the lien
**Sidewalk Violation**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2012**
Last 4 digits of account number
**5358**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.6 | **The City of New York** | Describe debtor's property that is subject to a lien | **Unknown** | **$7,000,000.00** |
|---|---|---|---|---|

Creditor's Name

536/540 Concord Avenue
a/k/a 750/762 East 149th Street
a/k/a 540 Concord Avenue
Bronx, New York
(Block: 2580 / Lot: 18)

100 Gold Street
New York, NY 10038

Creditor's mailing address

Describe the lien
**H.P.D. Order to Correct**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**2012**
Last 4 digits of account number
**2110**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. **$3,887,234.00**

| Debtor | **Mel Service Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bluestone Developers Inc.**<br>**1461 Franking Avenue**<br>**Garden City, NY 11530** | Line **2.2** | |
| **IV - CVCF CS I Trust**<br>**1313 Market Street**<br>**Suite 5100**<br>**Wilmington, DE 19801** | Line **2.1** | |
| **John B. Newman, Esq.**<br>**Newman, Simpson & Cohen, LLP**<br>**32 Mercer Street**<br>**Hackensack, NJ 07601** | Line **2.1** | |
| **Mark Frankel, Esq.**<br>**Backenroth Frankel & Krinsky**<br>**800 Thid Avenue, Flr. 11**<br>**New York, NY 10022** | Line **2.1** | |
| **Millbrook Realty Capital**<br>**Attn: Marc Yassky**<br>**424 Madison AVenue, 16th Floor**<br>**New York, NY 10017** | Line **2.1** | |
| **Richard S Feinsilver Esq**<br>**One Old Country Road**<br>**Suite 125**<br>**Carle Place, NY 11514** | Line **2.1** | |
| **Wachtel Missry LLP**<br>**Attn: Ralph Dweck**<br>**885 Second Avenue, 47th Floor**<br>**New York, NY 10017** | Line **2.1** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name    **Mel Service Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>**540 Concord Ave Tenants et al.**<br>**c/o The Legal Aid Society**<br>**260 E. 161st Street, 8th Floor**<br>**Bronx, NY 10451**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number  **2320** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Lawsuit against Debtor from Tenants**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>**Alejandro Lucrecio**<br>**540 Concord Avenue**<br>**Apartment 3G**<br>**Bronx, NY 10455**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **Apt3** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Rental lease security deposit.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>**Asnel Gonzalezpeguero & Goveli**<br>**540 Concord Avenue**<br>**Apartment 4B**<br>**Bronx, NY 10455**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **pt4B** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Rental lease security deposit.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>**Betsy Delgado**<br>**540 Concord Avenue**<br>**Apartment 2H**<br>**Bronx, NY 10455**<br><br>Date(s) debt was incurred  _<br>Last 4 digits of account number  **pt2H** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Rental lease security deposit.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |

| Debtor | **Mel Service Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Brendamira Francisco**
**540 Concord Avenue**
**Apartment 1B**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Rental lease security deposit.

Last 4 digits of account number  **pt1B**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**C. James Plumbing & Heating**
**1833 Bathgate Avenue**
**Bronx, NY 10457**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Plumbing services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Con Edison**
**4 Irving Place**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Utility Service

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Dania Coss**
**540 Concord Avenue**
**Apartment 1H**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Rental lease security deposit.

Last 4 digits of account number  **pt1H**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Elsy Hernandez**
**540 Concord Avenue**
**Apartment 3D**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Rental lease security deposit.

Last 4 digits of account number  **pt3D**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Filiberto Lopez**
**540 Concord Avenue**
**Apartment 2E**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Rental lease security deposit.

Last 4 digits of account number  **pt2E**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Francisco Gonzalez**
**540 Concord Avenue**
**Apartment 3H**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Rental lease security deposit.

Last 4 digits of account number  **pt3H**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Mel Service Inc.**
_____
         Name

Case number (*if known*) _____

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ilham Awwad**
**540 Concord Avenue**
**Apartment 3B**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental lease security deposit.**

Last 4 digits of account number **pt3B**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ingrid Rivas**
**540 Concord Avenue**
**Apartment 1A**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental lease security deposit.**

Last 4 digits of account number **pt1A**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ingrid Santana & Raul Ribas**
**540 Concord Avenue**
**Apartment 2C**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental lease security deposit.**

Last 4 digits of account number **pt2C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Jose Tejeda & Isabel Beato**
**540 Concord Avenue**
**Apartment 1D**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental lease security deposit.**

Last 4 digits of account number **pt1D**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Juana Guerrero**
**540 Concord Avenue**
**Apartment 1C**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental lease security deposit.**

Last 4 digits of account number **pt1C**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Leslie Cartagena**
**540 Concord Avenue**
**Apartment 4D**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental lease security deposit.**

Last 4 digits of account number **pt4D**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Lucille Peraltaosoria**
**540 Concord Avenue**
**Apartment 3E**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Rental lease security deposit.**

Last 4 digits of account number **pt3E**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mel Service Inc.** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Luis Torres**
**540 Concord Avenue**
**Apartment 4G**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **pt4G**

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Lurica Roman**
**540 Concord Avenue**
**Apartment 1E**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **pt1E**

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Madeline Coss**
**540 Concord Avenue**
**Apartment 2A**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **pt2A**

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Madeline Mendosa**
**540 Concord Avenue**
**Apartment 3C**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **pt3C**

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marina Cepeda**
**540 Concord Avenue**
**Apartment 4E**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **pt4E**

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**National Grid**
**PO Box 371376**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Utility Service**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**New Beginning Hair Studio**
**758 E 149th Street**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mel Service Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**New York City Dept**
**of Environmental Protection**
**59-17 Junction Boulevard**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Water and sewage services**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**New York City Dept**
**of Environmental Protection**
**59-17 Junction Boulevard**
**Corona, NY 11368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2004**

**Basis for the claim:**  **Water and sewage**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**NY Smart Energy**
**400 Madison Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Oil Service**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$38,222.47**

**NYC Dept. of Finance**
**PO Box 680**
**Newark, NJ 07101-0680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Property taxes**

Last 4 digits of account number  **2001**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,615.04**

**NYC Water Board (DEP)**
**PO Box 11863**
**Newark, NJ 07101-8163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Building Water Usage**

Last 4 digits of account number  **9001**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Omaira Rivera**
**540 Concord Avenue**
**Apartment 4H**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Rental lease security deposit.**

Last 4 digits of account number  **pt4H**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**OrionelectronicNYC2, Inc.**
**756 E. 149th Street**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Rental lease security deposit.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Mel Service Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.33** | Nonpriority creditor's name and mailing address

**Oscar Deli**
**750 E 149 Street**
**Bronx, NY 10455**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.34** | Nonpriority creditor's name and mailing address

**Overflow Cuts Barbershop Corp.**
**aka Over Flow Barbershop**
**760 E. 149th Street**
**Bronx, NY 10455**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.35** | Nonpriority creditor's name and mailing address

**Patrick Holness, Esq.**
**Law Offices of Patrick Holness**
**16 Pebble Way**
**New Rochelle, NY 10804**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.36** | Nonpriority creditor's name and mailing address

**Romualdo & Francisca Galindo**
**540 Concord Avenue**
**Apartment 2F**
**Bronx, NY 10455**

Date(s) debt was incurred _____

Last 4 digits of account number **pt2F**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.37** | Nonpriority creditor's name and mailing address

**Saul Adams**
**540 Concord Avenue**
**Aparment 2D**
**Bronx, NY 10455**

Date(s) debt was incurred _____

Last 4 digits of account number **pt2D**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rental lease security deposit.**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.38** | Nonpriority creditor's name and mailing address

**Shell Expediting Corp**
**aka Shell Expediting & Consult**
**64 East 58th Street**
**Brooklyn, NY 11203**

Date(s) debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.39** | Nonpriority creditor's name and mailing address

**SITUS AMC**
**150 E. 52nd Street**
**Suite 4002**
**New York, NY 10022**

Date(s) debt was incurred _____

Last 4 digits of account number **0036**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

| Debtor | Mel Service Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Sneaker Bar** | ☐ Contingent | |
| | **Attn: Kevin Quito, CEO** | ☐ Unliquidated | |
| | **762 E 149th Street** | ☐ Disputed | |
| | **Bronx, NY 10455** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Rental lease security deposit.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Sprint General Contractor LLC** | ☐ Contingent | |
| | **540 Concord Avenue** | ☐ Unliquidated | |
| | **Bronx, NY 10455** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Rental lease security deposit.** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Teisy Rodriguez** | ☐ Contingent | |
| | **540 Concord Avenue** | ☐ Unliquidated | |
| | **Apartment 2H** | ☐ Disputed | |
| | **Bronx, NY 10455** | | |
| | Date(s) debt was incurred _ | Basis for the claim: **Rental lease security deposit.** | |
| | Last 4 digits of account number **pt2H** | Is the claim subject to offset? ☒ No ☐ Yes | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **David W. Dykhouse, Esq.** **Patterson Belknap Webb & Tyler** **1133 Avenue of the Americas** **New York, NY 10036** | Line **3.1** ☐ Not listed. Explain ____ | _ |
| 4.2 | **Zoe Kheyman, Esq,** **The Legal Aid Society** **260 E. 161st Street, Flr. 8** **Bronx, NY 10451** | Line **3.1** ☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 44,837.51 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 44,837.51 |

**Fill in this information to identify the case:**

Debtor name  **Mel Service Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                               12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
      (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest    **Rental lease for $1,600 monthly.** | |
|       State the term remaining | **Alejandro Lucrecio** |
|       List the contract number of any government contract | **540 Concord Avenue** <br> **Apartment 3G** <br> **Bronx, NY 10455** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest    **Rental lease for $1,012.09 monthly.** | |
|       State the term remaining | **Apartment 3D (NEED)** |
|       List the contract number of any government contract | **540 Concord Avenue** <br> **Apartment 3D** <br> **Bronx, NY 10455** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest    **Rental lease for $400 monthly.** | |
|       State the term remaining | **Asnel Gonzalezpeguero & Goveli** |
|       List the contract number of any government contract | **540 Concord Avenue** <br> **Apartment 4B** <br> **Bronx, NY 10455** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest    **Rental lease for $794.37 monthly.** | |
|       State the term remaining | **Betsy Delgado** |
|       List the contract number of any government contract | **540 Concord Avenue** <br> **Apartment 2H** <br> **Bronx, NY 10455** |

Debtor 1  **Mel Service Inc.**

      First Name          Middle Name          Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.5. State what the contract or lease is for and the nature of the debtor's interest — **Rental lease for $1,575 monthly.** | |
| State the term remaining | **Brendamira Francisco** |
| List the contract number of any government contract | **540 Concord Avenue Apartment 1B Bronx, NY 10455** |
| 2.6. State what the contract or lease is for and the nature of the debtor's interest — **Rental lease for $1,850 monthly.** | |
| State the term remaining | **Dania Coss** |
| List the contract number of any government contract | **540 Concord Avenue Apartment 1H Bronx, NY 10455** |
| 2.7. State what the contract or lease is for and the nature of the debtor's interest — **Rental lease for $621 monthly.** | |
| State the term remaining | **Elsy Hernandez** |
| List the contract number of any government contract | **540 Concord Avenue Apartment 3D Bronx, NY 10455** |
| 2.8. State what the contract or lease is for and the nature of the debtor's interest — **Rental lease for $369.15 monthly.** | |
| State the term remaining | **Filiberto Lopez** |
| List the contract number of any government contract | **540 Concord Avenue Apartment 2E Bronx, NY 10455** |
| 2.9. State what the contract or lease is for and the nature of the debtor's interest — **Rental lease for $448.55 monthly.** | |
| State the term remaining | **Francisco Gonzalez** |
| List the contract number of any government contract | **540 Concord Avenue Apartment 3H Bronx, NY 10455** |
| 2.10. State what the contract or lease is for and the nature of the debtor's interest — **Rental lease for $1,323 monthly.** | |
| State the term remaining | **Ilham Awwad** |
| List the contract number of any | **540 Concord Avenue Apartment 3B Bronx, NY 10455** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **Mel Service Inc.**
First Name        Middle Name        Last Name                         Case number (*if known*)

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Rental lease for $1,575 monthly. | |
|---|---|---|---|
| | State the term remaining | | **Ingrid Rivas** |
| | List the contract number of any government contract | | **540 Concord Avenue Apartment 1A Bronx, NY 10455** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Rental lease for $1,300 monthly. | |
|---|---|---|---|
| | State the term remaining | | **Ingrid Santana & Raul Ribas** |
| | List the contract number of any government contract | | **540 Concord Avenue Apartment 2C Bronx, NY 10455** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Rental lease for $1,600 monthly. | |
|---|---|---|---|
| | State the term remaining | | **Jose Tejeda & Isabel Beato** |
| | List the contract number of any government contract | | **540 Concord Avenue Apartment 1D Bronx, NY 10455** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Rental lease for $1,600 monthly. | |
|---|---|---|---|
| | State the term remaining | | **Juana Guerrero** |
| | List the contract number of any government contract | | **540 Concord Avenue Apartment 1C Bronx, NY 10455** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | Rental lease for $856.00 monthly. | |
|---|---|---|---|
| | State the term remaining | | **Leslie Cartagena** |
| | List the contract number of any government contract | | **540 Concord Avenue Apartment 4D Bronx, NY 10455** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | Rental lease for $162 monthly. | **Lucille Peraltaosoria 540 Concord Avenue Apartment 3E Bronx, NY 10455** |
|---|---|---|---|

| Debtor 1 | **Mel Service Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | _____ |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $926 monthly.** |
|---|---|---|
| | State the term remaining | **Luis Torres** |
| | List the contract number of any government contract | **540 Concord Avenue**<br>**Apartment 4G**<br>**Bronx, NY 10455** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease** |
|---|---|---|
| | State the term remaining | **Lurica Roman** |
| | List the contract number of any government contract | **540 Concord Avenue**<br>**Apartment 1E**<br>**Bronx, NY 10455** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $400 monthly.** |
|---|---|---|
| | State the term remaining | **Madeline Coss** |
| | List the contract number of any government contract | **540 Concord Avenue**<br>**Apartment 2A**<br>**Bronx, NY 10455** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $1,400 monthly.** |
|---|---|---|
| | State the term remaining | **Madeline Mendosa** |
| | List the contract number of any government contract | **540 Concord Avenue**<br>**Apartment 3C**<br>**Bronx, NY 10455** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $1,150 monthly.** |
|---|---|---|
| | State the term remaining | **Marina Cepeda** |
| | List the contract number of any government contract | **540 Concord Avenue**<br>**Apartment 4E**<br>**Bronx, NY 10455** |

Debtor 1    **Mel Service Inc.**                                                    Case number *(if known)* _____

First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $2,716 monthly.** | |
|---|---|---|---|
| | State the term remaining | | **New Beginning Hair Studio** |
| | List the contract number of any government contract | | **758 E 149th Street** |
| | | | **Bronx, NY 10455** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $1,450 monthly.** | |
|---|---|---|---|
| | State the term remaining | | **Omaira Rivera** |
| | List the contract number of any government contract | | **540 Concord Avenue** |
| | | | **Apartment 4H** |
| | | | **Bronx, NY 10455** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Rental Lease** | |
|---|---|---|---|
| | State the term remaining | | **OrionelectronicNYC2, Inc.** |
| | List the contract number of any government contract | | **756 E. 149th Street** |
| | | | **Bronx, NY 10455** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $6,000 monthly.** | |
|---|---|---|---|
| | State the term remaining | | **Oscar Deli** |
| | List the contract number of any government contract | | **750 E 149 Street** |
| | | | **Bronx, NY 10455** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $2,900 monthly.** | |
|---|---|---|---|
| | State the term remaining | | **Overflow Cuts Barbershop Corp.** |
| | List the contract number of any government contract | | **aka Over Flow Barbershop** |
| | | | **760 E. 149th Street** |
| | | | **Bronx, NY 10455** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease** | |
|---|---|---|---|
| | State the term remaining | | **Romualdo & Francisca Galindo** |
| | List the contract number of any | | **540 Concord Avenue** |
| | | | **Apartment 2F** |
| | | | **Bronx, NY 10455** |

Debtor 1    **Mel Service Inc.**                                                                 Case number *(if known)* _____
          First Name          Middle Name          Last Name

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $1,850 monthly.** | |
|---|---|---|---|
| | State the term remaining | | **Saul Adams** |
| | List the contract number of any government contract | | **540 Concord Avenue**<br>**Aparment 2D**<br>**Bronx, NY 10455** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease** | |
|---|---|---|---|
| | State the term remaining | | **Sneaker Bar** |
| | List the contract number of any government contract | | **Attn: Kevin Quito, CEO**<br>**762 E 149th Street**<br>**Bronx, NY 10455** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $1,800 monthly.** | |
|---|---|---|---|
| | State the term remaining | | **Sprint General Contractor LLC** |
| | List the contract number of any government contract | | **540 Concord Avenue**<br>**Bronx, NY 10455** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Rental lease for $794.37 monthly.** | |
|---|---|---|---|
| | State the term remaining | | **Teisy Rodriguez** |
| | List the contract number of any government contract | | **540 Concord Avenue**<br>**Apartment 2H**<br>**Bronx, NY 10455** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Mel Service Inc.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alejandro Quito** | **31 Brandon Road**<br>**Yonkers, NY 10704**<br>**Principal of Mel Service** | **540 Concord Lender LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     **Mel Service Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
   amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy         04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$327,258.69** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$485,020.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.  **Fabian Tenesaca** | **09.14.2021 -<br>$6,000<br>09.14.2021 -<br>$4,400** | **$10,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other___ |

Debtor    **Mel Service Inc.**                                                  Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **NY Smart Energy 400 Madison Avenue New York, NY 10017** | 09.10.2021 | $20,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Alejandro Quito 31 Brandon Road Yonkers, NY 10704 President** | 06.01.2021 | $163,215.93 | **Funds were withdrawn by Alejandro Quito, President, from business savings account and deposited into his personal checking account in the amount of $163,215.93.** **Additionally,  possibly received direct or indirect benefits from rent received in cash.** |
| 4.2. **Rosa Quito 31 Brandon Road Yonkers, NY 10704 President's wife** | | Unknown | **Possibly received direct or indirect benefits from rent received in cash.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Mel Service Inc.**                                                    Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **540 Concord Avenue Tentants Association, et al. vs. Mel Service Inc., et al.**<br>**17323/2020** | Housing lawsuit | **Civil Court of the City of New York**<br>**County of Bronx: Housing Part T**<br>**1118 Grand Concourse**<br>**Bronx, NY 10456** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Mel Service Inc.**                                                    Case number *(if known)*

■ None.

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

| Debtor | Mel Service Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

| Debtor | Mel Service Inc. | Case number *(if known)* | |
|---|---|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **NY Tax & Business Services Corp**<br>**Attn: Kamal Karkat, E.A.**<br>**1823 Hobart Avenue**<br>**Bronx, NY 10461** | **Unknown - 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Howard Magaliff, Esq.**<br>**Rich Michaelson Magaliff, LLP**<br>**335 Madison Avenue, 17th Floor**<br>**New York, NY 10017** | **Checkbook, bank statements** |
| 26c.2. | **Alejandro Quito**<br>**31 Brandon Road**<br>**Yonkers, NY 10704** | **Books and records** |
| 26c.3. | **Kamal Karkat, E. A.**<br>**NY Tax & Business Services Corp**<br>**1823 Hobart Avenue**<br>**Bronx, NY 10461** | **Books records and tax returns.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Debtor    **Mel Service Inc.**                                                                                Case number *(if known)*  _____

in control of the debtor at the time of the filing of this case.

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑  No
☐  Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐  No
☑  Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | | | | **Funds were withdrawn by Alejandro Quito, President, from business, savings account and deposited into his personal checking account.** |
| | **Alejandro Quito**<br>**31 Brandon Road**<br>**Yonkers, NY 10704** | **$163,215.93** | **06.01.2021** | |
| | **Relationship to debtor**<br>**Principal** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑  No
☐  Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑  No
☐  Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor    **Mel Service Inc.**                                          Case number *(if known)*

---

<span style="background-color:black;color:white">**Part 14:**</span>    **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 14, 2021**

**/s/ Howard P. Magaliff**                              **Howard P. Magaliff**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chapter 7 Trustee of Alejandro Quito,
President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re    **Mel Service Inc.**
                                                                Case No.
Debtor(s)                                             Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                                    $            **338.00**

    Prior to the filing of this statement I have received                          $            **338.00**

    Balance Due                                                                    $              **0.00**

2.  The source of the compensation paid to me was:

    ☐ Debtor      ■ Other (specify):    **Howard Magaliff, Chapter 7 Trustee for Estate of Alejandro & Rosa Quito**

3.  The source of compensation to be paid to me is:

    ☐ Debtor      ■ Other (specify):

4.  ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **Court filing fee: $338.00**

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 14, 2021**
*Date*

/s/ Howard P. Magaliff
**Howard P. Magaliff**
*Signature of Attorney*
**Rich Michaelson Magaliff, LLP**
**335 Madison Avenue**
**9th Floor**
**New York, NY 10017**
**646.453.7851  Fax: 212.913.9642**
**hmagaliff@r3mlaw.com**
*Name of law firm*

---

# United States Bankruptcy Court
## Southern District of New York

In re    **Mel Service Inc.**                                                    Case No.

_____    Chapter    **7**
                                    Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the Chapter 7 Trustee of Alejandro Quito, President of the corporation named as the debtor in this case, hereby verify that the

attached list of creditors is true and correct to the best of my knowledge.

Date:    **December 14, 2021**              **/s/ Howard P. Magaliff**
                                 **Howard P. Magaliff/Chapter 7 Trustee of Alejandro Quito,**
                                 **President**
                                 Signer/Title

.

540 CONCORD AVE TENANTS ET AL.
C/O THE LEGAL AID SOCIETY
260 E. 161ST STREET, 8TH FLOOR
BRONX, NY 10451


540 CONCORD LENDER LLC
C/O WACHTEL MISSRY LLP
885 SECOND AVENUE, 47TH FLOOR
NEW YORK, NY 10017


ADVANTAGE PLUMBING & MECHANICA
261 WEST 126TH STREET
NEW YORK, NY 10027


ALEJANDRO LUCRECIO
540 CONCORD AVENUE
APARTMENT 3G
BRONX, NY 10455


ALEJANDRO QUITO
31 BRANDON ROAD
YONKERS, NY 10704


APARTMENT 3D (NEED)
540 CONCORD AVENUE
APARTMENT 3D
BRONX, NY 10455


ASNEL GONZALEZPEGUERO & GOVELI
540 CONCORD AVENUE
APARTMENT 4B
BRONX, NY 10455


BETSY DELGADO
540 CONCORD AVENUE
APARTMENT 2H
BRONX, NY 10455


BLUESTONE DEVELOPERS INC.
1461 FRANKING AVENUE
GARDEN CITY, NY 11530


BRENDAMIRA FRANCISCO
540 CONCORD AVENUE
APARTMENT 1B
BRONX, NY 10455

C. JAMES PLUMBING & HEATING
1833 BATHGATE AVENUE
BRONX, NY 10457


CON EDISON
4 IRVING PLACE
NEW YORK, NY 10003


DANIA COSS
540 CONCORD AVENUE
APARTMENT 1H
BRONX, NY 10455


DAVID W. DYKHOUSE, ESQ.
PATTERSON BELKNAP WEBB & TYLER
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036


DEPT OF HOUSING PRESERVATION &
DEVELOPMENT OF THE CITY OF NY
100 GOLD STREET, 6TH FLOOR
NEW YORK, NY 10038


ELSY HERNANDEZ
540 CONCORD AVENUE
APARTMENT 3D
BRONX, NY 10455


FILIBERTO LOPEZ
540 CONCORD AVENUE
APARTMENT 2E
BRONX, NY 10455


FRANCISCO GONZALEZ
540 CONCORD AVENUE
APARTMENT 3H
BRONX, NY 10455


ILHAM AWWAD
540 CONCORD AVENUE
APARTMENT 3B
BRONX, NY 10455

INGRID RIVAS
540 CONCORD AVENUE
APARTMENT 1A
BRONX, NY 10455


INGRID SANTANA & RAUL RIBAS
540 CONCORD AVENUE
APARTMENT 2C
BRONX, NY 10455


IV - CVCF CS I TRUST
1313 MARKET STREET
SUITE 5100
WILMINGTON, DE 19801


JOHN B. NEWMAN, ESQ.
NEWMAN, SIMPSON & COHEN, LLP
32 MERCER STREET
HACKENSACK, NJ 07601


JOSE TEJEDA & ISABEL BEATO
540 CONCORD AVENUE
APARTMENT 1D
BRONX, NY 10455


JUANA GUERRERO
540 CONCORD AVENUE
APARTMENT 1C
BRONX, NY 10455


LESLIE CARTAGENA
540 CONCORD AVENUE
APARTMENT 4D
BRONX, NY 10455


LUCILLE PERALTAOSORIA
540 CONCORD AVENUE
APARTMENT 3E
BRONX, NY 10455


LUIS TORRES
540 CONCORD AVENUE
APARTMENT 4G
BRONX, NY 10455

LURICA ROMAN
540 CONCORD AVENUE
APARTMENT 1E
BRONX, NY 10455


MADELINE COSS
540 CONCORD AVENUE
APARTMENT 2A
BRONX, NY 10455


MADELINE MENDOSA
540 CONCORD AVENUE
APARTMENT 3C
BRONX, NY 10455


MARINA CEPEDA
540 CONCORD AVENUE
APARTMENT 4E
BRONX, NY 10455


MARK FRANKEL, ESQ.
BACKENROTH FRANKEL & KRINSKY
800 THID AVENUE, FLR. 11
NEW YORK, NY 10022


MILLBROOK REALTY CAPITAL
ATTN: MARC YASSKY
424 MADISON AVENUE, 16TH FLOOR
NEW YORK, NY 10017


NATIONAL GRID
PO BOX 371376
PITTSBURGH, PA 15250


NEW BEGINNING HAIR STUDIO
758 E 149TH STREET
BRONX, NY 10455


NEW YORK CITY DEPT
OF ENVIRONMENTAL PROTECTION
59-17 JUNCTION BOULEVARD
CORONA, NY 11368


NY SMART ENERGY
400 MADISON AVENUE
NEW YORK, NY 10017

NYC BUREAU OF HIGHWAY OPERATIO
40 WORTH STREET
NEW YORK, NY 10013


NYC DEPT. OF FINANCE
PO BOX 680
NEWARK, NJ 07101-0680


NYC WATER BOARD (DEP)
PO BOX 11863
NEWARK, NJ 07101-8163


OMAIRA RIVERA
540 CONCORD AVENUE
APARTMENT 4H
BRONX, NY 10455


ORIONELECTRONICNYC2, INC.
756 E. 149TH STREET
BRONX, NY 10455


OSCAR DELI
750 E 149 STREET
BRONX, NY 10455


OVERFLOW CUTS BARBERSHOP CORP.
AKA OVER FLOW BARBERSHOP
760 E. 149TH STREET
BRONX, NY 10455


PATRICK HOLNESS, ESQ.
LAW OFFICES OF PATRICK HOLNESS
16 PEBBLE WAY
NEW ROCHELLE, NY 10804


RICHARD S FEINSILVER ESQ
ONE OLD COUNTRY ROAD
SUITE 125
CARLE PLACE, NY 11514


ROMUALDO & FRANCISCA GALINDO
540 CONCORD AVENUE
APARTMENT 2F
BRONX, NY 10455

SAUL ADAMS
540 CONCORD AVENUE
APARMENT 2D
BRONX, NY 10455


SHELL EXPEDITING CORP
AKA SHELL EXPEDITING & CONSULT
64 EAST 58TH STREET
BROOKLYN, NY 11203


SITUS AMC
150 E. 52ND STREET
SUITE 4002
NEW YORK, NY 10022


SNEAKER BAR
ATTN: KEVIN QUITO, CEO
762 E 149TH STREET
BRONX, NY 10455


SPRINT GENERAL CONTRACTOR LLC
540 CONCORD AVENUE
BRONX, NY 10455


TEISY RODRIGUEZ
540 CONCORD AVENUE
APARTMENT 2H
BRONX, NY 10455


THE CITY OF NEW YORK
100 GOLD STREET
NEW YORK, NY 10038


WACHTEL MISSRY LLP
ATTN: RALPH DWECK
885 SECOND AVENUE, 47TH FLOOR
NEW YORK, NY 10017


ZOE KHEYMAN, ESQ,
THE LEGAL AID SOCIETY
260 E. 161ST STREET, FLR. 8
BRONX, NY 10451

# United States Bankruptcy Court
## Southern District of New York

In re  __Mel Service Inc.__

Debtor(s)

Case No. _____

Chapter  __7__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  __Mel Service Inc.__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__December 14, 2021__

Date

__/s/ Howard P. Magaliff__

__Howard P. Magaliff__

Signature of Attorney or Litigant

Counsel for   __Mel Service Inc.__

__Rich Michaelson Magaliff, LLP__

__335 Madison Avenue__
__9th Floor__
__New York, NY 10017__
__646.453.7851 Fax:212.913.9642__
__hmagaliff@r3mlaw.com__